IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS

Terrell E Robinson,

Plaintiff(s),

v.

City Colleges of Chicago,

Defendant(s).

Case No. 20-cv-3240
Judge Martha M. Pacold

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $          ,

which ☐ includes     pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☒ other: Judgment is entered in favor of defendant Board of Trustees of Community College District No. 508 and against plaintiff Terrell E. Robinson.

This action was *(check one)*:

☐ tried by a jury with Judge       presiding, and the jury has rendered a verdict.
☐ tried by Judge       without a jury and the above decision was reached.
☒ decided by Judge Martha M. Pacold on a motion for summary judgment.

Date:  7/24/2024                                Thomas G. Bruton, Clerk of Court

                                                /s/ Ruth O'Shea , Deputy Clerk